**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TONY K. HARRISON,

                         Plaintiff,

-against-

C.O. TAYLOR, C.O. RATHGEBER, C.O. RADWAY, C.O. TURMAN, SGT. JOHNSON, SGT. PLUMMER, SGT. CLAUDIO, LESLEY MALIN, SUPT. MICHAEL CAPRA, and JEFF MCKOY, Deputy Commissioner of Programs,

                         Defendants.
-----------------------------------------------------------X

17 CIVIL 6678 (NSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 25, 2022, Defendants' motion to dismiss is GRANTED and pro se Plaintiff's Amended Complaint is DISMISSED in its entirety without leave to replead; accordingly, the case is closed.

**Dated:** New York, New York

       February 25, 2022

                                        RUBY J. KRAJICK

                                        Clerk of Court

BY:

                                        **Deputy Clerk**